**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LUCY LOPEZ ROIG E.A.P., INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **LUCY LOPEZ ROIG & ASSOC.**<br>**LUCY LOPEZ ROIG Y ASOCIADOS** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0579430** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **400 AVE. DOMENECH**<br>**SUITE 701**<br>**SAN JUAN, PR 00918**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Juan**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.lucylopezroig.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**    Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

| Debtor | LUCY LOPEZ ROIG E.A.P., INC. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __December 16, 2016__
MM / DD / YYYY

X _Marion A. Wennerholm_                 **MARION A. WENNERHOLM**
Signature of authorized representative of debtor      Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

X _(signature)_                 Date  **December 16, 2016**
Signature of attorney for debtor                 MM / DD / YYYY

**CARMEN D. CONDE TORRES**
Printed name

**C. CONDE & ASSOC.**
Firm name

**254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523**
Number, Street, City, State & ZIP Code

Contact phone  **787-729-2900**    Email address  **condecarmen@condelaw.com**

**207312**
Bar number and State

# CORPORATE RESOLUTION
## OF
## BOARD OF DIRECTORS

I, Nilda Rivera Molinary, of legal age, married, Secretary of Lucy Lopez Roig E.A.P., Inc., and resident of Guaynabo, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on November 30, 2016, the Board of Directors of Lucy Lopez Roig E.A.P., Inc., was authorized to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That the Board of Directors agreed that bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that Marion Wennerholm will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and to represent the company in any other matter and/or documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 6[h] day of December, 2016.

Lucy Lopez Roig E.A.P., Inc.

By: _____, Secretary
        Nilda Rivera Molinary


Affidavit No. 72

Sworn and signed before me by Nilda Rivera Molinary of legal age, married, Secretary of Lucy Lopez Roig, and from the vicinity of Guaynabo , Puerto Rico.

Today 6th day of December , 2016 at San Juan, P.R.

_____
Notary Public

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   **LUCY LOPEZ ROIG E.A.P., INC.**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ |
| Prior to the filing of this statement I have received | $ |
| Balance Due | $ |

■   **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $   **15,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $   **0.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   $  **1,717.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **MR. DANIEL WENNERHOLM**

4.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.   [Other provisions as needed]
        **ALL SERVICES WILL BE BILLED UPON A FEE PER HOUR:**
        **$300.00 PER HOUR FOR CARMEN D. CONDE TORRES PLUS COST AND EXPENSES;**
        **$275.00 PER HOUR FOR ASSOCIATES PLUS COST AND EXPENSES;**
        **$250.00 PER HOUR FOR JUNIOR ATTORNEY PLUS COST AND EXPENSES;**
        **$150.00 PER HOUR FOR ASSISTANCE SUCH AS PARALEGAL, IN HOUSE SPECIAL CLERICAL SERVICES OR ACCOUNTING ANALYST PLUS COST AND EXPENSES.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **LUCY LOPEZ ROIG E.A.P., INC.** _____   Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 16, 2016** _____
*Date*

**CARMEN D. CONDE TORRES 207312**
*Signature of Attorney*
**C. CONDE & ASSOC.**
**254 SAN JOSE STREET**
**5TH FLOOR**
**SAN JUAN, PR 00901-1523**
**787-729-2900   Fax: 787-729-2203**
**condecarmen@condelaw.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name  LUCY LOPEZ ROIG E.A.P., INC.

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BANCO POPULAR DE PR PO BOX 362708 SAN JUAN, PR 00936-2708 | | COMMERCIAL LOAN | | | | $793,762.91 |
| MARY JANE LEONE 1307 AVE. MAGDALENA APART. 1 SAN JUAN, PR 00907 | | LOAN | | | | $85,000.00 |
| FIRST BANK PR SPECIAL ASSETS GROUP 1519 PONCE DE LEON AVE. 1ST FLOOR SAN JUAN, PR 00907 | | LINE OF CREDIT | | | | $55,256.35 |
| SCOTIABANK OF PR COMMERCIAL DEPARTMENT PO BOX 2510 GUAYNABO, PR 00970 | | COMMERCIAL LOAN | | | | $39,880.00 |
| BANCO POPULAR DE PR PO BOX 362708 SAN JUAN, PR 00936-2708 | | COMMERCIAL LOAN | | | | $19,651.43 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**
_____
Name

Case number (if known)   _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PELLOT-GONZALEZ , PSC. 268 PONCE DE LEON AVE. THE HATO REY SUITE 903 SAN JUAN, PR 00918 | | LEGAL SERVICES | | | | $18,607.56 |
| EVA Y. RADINSON PEREZ CALLE DR. BARBOSA #57 NORTE MAYAGUEZ, PR 00680 | | PROF. SERVICES | | | | $15,240.00 |
| ANA MARIA BELMONTE PO BOX 801024 COTO LAUREL, PR 00780-1024 | | PROF. SERVICES | | | | $13,240.00 |
| JOSE PLAUD MEDINA COLISEO SHOPPING 2525 AVE. EDUARDO RUBERTE SUITE 701 PONCE, PR 00716 | | PROF. SERVICES | | | | $12,060.00 |
| MARY JANE LEONE 1307 AVE. MAGDALENA APART. 1 SAN JUAN, PR 00907 | | LOAN | | | | $12,000.00 |
| BANCO POPULAR DE PR PO BOX 362708 SAN JUAN, PR 00936-2708 | | COMMERCIAL LOAN | | | | $10,715.80 |
| PARY R. ALMODOVAR 4D  COND. DUERA 265 CALLE HONDURAS SAN JUAN, PR 00917 | | OFFICE RENT | | | | $9,100.00 |
| BANCO SANTANDER DE PR PO BOX 362589 SAN JUAN, PR 00936-2589 | | LINE OF CREDIT | | | | $9,037.04 |

| Debtor | LUCY LOPEZ ROIG E.A.P., INC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IKON BENEFITS 270 MUÑOZ RIVERA AVE. PH-1 SAN JUAN, PR 00918 | | INSURANCE BROKER | | | | $8,930.61 |
| MARISOL SANTIAGO CARR 464 KM. 4.1 BO. ACEITUNAS MOCA, PR 00676 | | PROF. SERVICES | | | | $7,820.00 |
| C2 GROUP PO BOX 10656 SAN JUAN, PR 00922-0656 | | ACCOUNTING SERVICES | | | | $7,812.50 |
| OFFICE MAX BOISE COMPANY PO BOX 101705 ATLANTA, GA 30392-1705 | | Office Supplies | | | | $5,416.59 |
| UNIVERSAL INSURANCE COMP. PO BOX 11155 SAN JUAN, PR 00922-1155 | | INSURANCE DEDUCTIBLE PAYMENT | | | | $5,000.00 |
| GISELLE MORALES PEREZ EDIF. CODECH OFFICE PARK 1805 PASEO LAS COLONIAS PONCE, PR 00717 | | PROF. SERVICES | | | | $4,960.00 |
| LAS AMERICAS PROF. CENTER 400 AVE. DOMENECH SUITE 410B SAN JUAN, PR 00918 | | MAINTENANCE FEE | | | | $4,549.79 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **LUCY LOPEZ ROIG E.A.P., INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $ _____82,830.28

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ _____82,830.28

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ _____2,555.48

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$ ___1,173,908.50

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b

    $ ___1,176,463.98

**Fill in this information to identify the case:**

Debtor name     **LUCY LOPEZ ROIG E.A.P., INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANCO SANTANDER DE PR | CHECKING ACCOUNT | 2204 | $9,860.24 |
| 3.2. | BANCO POPULAR DE PR | CHECKING ACCOUNT | 9663 | $412.43 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $10,272.67 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | PREPA - 2424532000 | $1,344.00 |
| 7.2. | PREPA - 0414532000 | $319.99 |

| Debtor | **LUCY LOPEZ ROIG E.A.P., INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| 7.3. | **PARY ALMODOVAR - OFFICE 507  (RENT)** | $1,300.00 |
|---|---|---|

---

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $2,963.99 |
|---|

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 48,999.17 | - | 0.00 | = …. | $48,999.17 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,456.45 | - | 0.00 | = …. | $3,456.45 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $52,455.62 |
|---|

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

---

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**          Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** DESKTOP COMPUTERS, LAPTOP COMPUTER, SERVER, FAX MACHINE AND FURNITURE | $6,000.00 | MARKET VALUE | $6,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $6,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** ASSMCA LIC# 002156 | $0.00 | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **LUCY LOPEZ ROIG E.A.P., INC.**        Case number *(if known)* _____
      Name

63.    Customer lists, mailing lists, or other compilations

64.    Other intangibles, or intellectual property

65.    Goodwill

66.    **Total of Part 10.**                             **$0.00**
      Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
      ■ No
      ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                           **Current value of
debtor's interest**

71.    **Notes receivable**
      Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

      **Tax Refund from Puerto Rico Treasury Department**              $11,138.00

78.    **Total of Part 11.**                            **$11,138.00**
      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **LUCY LOPEZ ROIG E.A.P., INC.**          Case number *(if known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,272.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,963.99 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $52,455.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,138.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $82,830.28 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $82,830.28 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **LUCY LOPEZ ROIG E.A.P., INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __LUCY LOPEZ ROIG E.A.P., INC.__

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,555.48** | **$2,555.48** |

**2.1**   Priority creditor's name and mailing address
C.F.S.E.
PO BOX 365028
SAN JUAN, PR 00936-5028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**INSURANCE POLICY**

Last 4 digits of account number **2017**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) **(8)**

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address
ANA MARIA BELMONTE
PO BOX 801024
COTO LAUREL, PR 00780-1024

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2012**
Last 4 digits of account number _

Basis for the claim:   **PROF. SERVICES**

Is the claim subject to offset?   ■ No   ☐ Yes

**$13,240.00**

**3.2**   Nonpriority creditor's name and mailing address
AON RISK SOLUTIONS OF PR
PO BOX 191229
SAN JUAN, PR 00919-1229

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2014**
Last 4 digits of account number _

Basis for the claim:   **INSURANCE BROKER**

Is the claim subject to offset?   ■ No   ☐ Yes

**$979.17**

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**
_____
        Name                                             Case number (if known) _____

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$793.00** |

**3.3**
Nonpriority creditor's name and mailing address
**AXESA INFORMATION, S.A.**
PO BOX 19215
SAN JUAN, PR 00919-1225

Date(s) debt was incurred  _2016_

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PROF. SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$793.00**

---

**3.4**
Nonpriority creditor's name and mailing address
**BANCO POPULAR DE PR**
PO BOX 362708
SAN JUAN, PR 00936-2708

Date(s) debt was incurred  _2015_

Last 4 digits of account number  _9002_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COMMERCIAL LOAN**

Is the claim subject to offset? ■ No  ☐ Yes

**$793,762.91**

---

**3.5**
Nonpriority creditor's name and mailing address
**BANCO POPULAR DE PR**
PO BOX 362708
SAN JUAN, PR 00936-2708

Date(s) debt was incurred  _2015_

Last 4 digits of account number  _9003_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COMMERCIAL LOAN**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,651.43**

---

**3.6**
Nonpriority creditor's name and mailing address
**BANCO POPULAR DE PR**
PO BOX 362708
SAN JUAN, PR 00936-2708

Date(s) debt was incurred  _2016_

Last 4 digits of account number  _0001_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COMMERCIAL LOAN**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,715.80**

---

**3.7**
Nonpriority creditor's name and mailing address
**BANCO SANTANDER DE PR**
PO BOX 362589
SAN JUAN, PR 00936-2589

Date(s) debt was incurred  _

Last 4 digits of account number  _2204_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LINE OF CREDIT**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,037.04**

---

**3.8**
Nonpriority creditor's name and mailing address
**C2 GROUP**
PO BOX 10656
SAN JUAN, PR 00922-0656

Date(s) debt was incurred  _2012_

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ACCOUNTING SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,812.50**

---

**3.9**
Nonpriority creditor's name and mailing address
**CALIX DIAZ RIVERA**
CALLE SAN ANTONIO A-9
SUITE B
HUMACAO, PR 00791

Date(s) debt was incurred  _2016_

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PROF. SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

**$480.00**

---

Debtor  **LUCY LOPEZ ROIG E.A.P., INC.**
_____
Name

Case number (if known) _____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |

**CARMEN SEPULVEDA**
**CALLE DUFRESNE #19 SUITE 1**
**HUMACAO, PR 00791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,430.00 |

**CENTRO PSICOLOGICO ILO**
**URB. SAN ALFONSO**
**CALLE MIS AMORES D-12**
**CAGUAS, PR 00725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,960.00 |

**DAINNA ADAMS**
**URB. PASEO LAS COLONIAS**
**EDIF. CODECH OFFICE PARK 1805**
**PONCE, PR 00717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,240.00 |

**DENISE ZELIGMAN**
**CALLE LUIS MUÑOZ RIVERA #9**
**YAUCO, PR 00698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2014__

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.44 |

**ENVISION TECHNOLOGIES**
**SUITE 112 MSC 345**
**GRAN BULEVAR PASEOS**
**SAN JUAN, PR 00926-5955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,240.00 |

**EVA Y. RADINSON PEREZ**
**CALLE DR. BARBOSA #57 NORTE**
**MAYAGUEZ, PR 00680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2014__

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,256.35 |

**FIRST BANK PR**
**SPECIAL ASSETS GROUP**
**1519 PONCE DE LEON AVE. 1ST FLOOR**
**SAN JUAN, PR 00907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **LINE OF CREDIT**

Last 4 digits of account number __0212__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**
  Name

Case number (if known) _____

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,960.00 |

**GISELLE MORALES PEREZ**
**EDIF. CODECH OFFICE PARK 1805**
**PASEO LAS COLONIAS**
**PONCE, PR 00717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __PROF. SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |

**GLADYS HERNANDEZ SANTIAGO**
**URB. HILL MANSIONS**
**CALLE 61 A  BB7**
**SAN JUAN, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __PROF. SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |

**GLORIA RIVERA**
**CARR 152  KM. 12.6**
**NARANJITO, PR 00719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2014__

Basis for the claim: __PROF. SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |

**GLORIANN INGEMI**
**HC 05  BOX 5996**
**AGUAS BUENAS, PR 00703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __PROF. SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,930.61 |

**IKON BENEFITS**
**270 MUÑOZ RIVERA**
**AVE.  PH-1**
**SAN JUAN, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2014__

Basis for the claim: __INSURANCE BROKER__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880.00 |

**ILIA I. RODRIGUEZ**
**AVE. ANGEL CASTRO PEREZ INTERIOR**
**CARR 362  KM 1.0**
**SAN GERMAN, PR 00683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __PROF. SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,822.00 |

**ISMAEL MARRERO & ASSOC.**
**PO BOX 190648**
**SAN JUAN, PR 00919-1648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __ACCOUNTANT SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LUCY LOPEZ ROIG E.A.P., INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.00 |
|---|---|---|---|

**IVETTE RIVERA RIOLLANO**
PO BOX 1974
HATILLO, PR 00659

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014**

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,060.00 |
|---|---|---|---|

**JOSE PLAUD MEDINA**
COLISEO SHOPPING 2525
AVE. EDUARDO RUBERTE  SUITE 701
PONCE, PR 00716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014**

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,549.79 |
|---|---|---|---|

**LAS AMERICAS PROF. CENTER**
400 AVE. DOMENECH  SUITE 410B
SAN JUAN, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **MAINTENANCE FEE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**LUDITZA PEREZ BADILLO**
CARR 417  KM. 2.0
BO. MALPASO
AGUADA, PR 00602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,920.00 |
|---|---|---|---|

**MARIA DEL CARMEN RIVERA**
AVE. NATIVO ALERS
PLAZA COPELIA OFFICE 2016
AGUADA, PR 00602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,820.00 |
|---|---|---|---|

**MARISOL SANTIAGO**
CARR 464  KM.  4.1
BO. ACEITUNAS
MOCA, PR 00676

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2013**

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,238.50 |
|---|---|---|---|

**MARTA ROSSY FULLANA**
COND. ALTURAS DE SAN JUAN
APTO. 442
SAN JUAN, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **PROF. SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LUCY LOPEZ ROIG E.A.P., INC.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |
|---|---|---|---|

**MARY JANE LEONE**
**1307 AVE. MAGDALENA**
**APART. 1**
**SAN JUAN, PR 00907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2004**

Basis for the claim:  **LOAN**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**MARY JANE LEONE**
**1307 AVE. MAGDALENA**
**APART. 1**
**SAN JUAN, PR 00907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **LOAN**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $917.00 |
|---|---|---|---|

**NET TEK SYSTEM & NETWORK**
**PO BOX 8667**
**CAGUAS, PR 00725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **PROF. SERVICES**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,416.59 |
|---|---|---|---|

**OFFICE MAX**
**BOISE COMPANY**
**PO BOX 101705**
**ATLANTA, GA 30392-1705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/06/2016**

Basis for the claim:  **Office Supplies**

Last 4 digits of account number  **7440**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,100.00 |
|---|---|---|---|

**PARY R. ALMODOVAR**
**4D  COND. DUERA 265**
**CALLE HONDURAS**
**SAN JUAN, PR 00917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **OFFICE RENT**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,607.56 |
|---|---|---|---|

**PELLOT-GONZALEZ, PSC.**
**268 PONCE DE LEON AVE.**
**THE HATO REY    SUITE 903**
**SAN JUAN, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **LEGAL SERVICES**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.00 |
|---|---|---|---|

**PSY-Q GROUP**
**VALLE TOLIMA II  CALLE B  #15**
**PARQUE IND. BO. CAÑABONCITO**
**HUMACAO, PR 00791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **PROF. SERVICES**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **LUCY LOPEZ ROIG E.A.P., INC.** | Case number (if known) | |
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,880.00 |

**SCOTIABANK OF PR**
**COMMERCIAL DEPARTMENT**
**PO BOX 2510**
**GUAYNABO, PR 00970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1380**

Basis for the claim: **COMMERCIAL LOAN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $811.81 |

**TOPAC DE PR**
**PO BOX 70243**
**SAN JUAN, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **PHOTOCOPIER MAINTENANCE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**UNIVERSAL INSURANCE COMP.**
**PO BOX 11155**
**SAN JUAN, PR 00922-1155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **INSURANCE DEDUCTIBLE PAYMENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,120.00 |

**VIRGILIO RODRIGUEZ RIVERA**
**CALLE DR. BARBOSA #57 NORTE**
**MAYAGUEZ, PR 00680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

Last 4 digits of account number __

Basis for the claim: **PROF. SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,420.00 |

**VIVIAN D. ECHEVARRIA**
**MARGINAL SAN SALVADOR  A-7**
**MANATI, PR 00674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **PROF. SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**VIVIAN RODRIGUEZ PLACERES**
**Urb. Rio Hondo II**
**C/Rio Humacao AE-1**
**Bayamon, PR 00961**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2010**

Last 4 digits of account number __

Basis for the claim: **UNJUST TERMINATION LAW SUIT Case No. DEP-2010-1182**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,960.00 |

**YADIRA SANTIAGO**
**CALLE 2  D-17**
**VISTA AZUL**
**ARECIBO, PR 00614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

Last 4 digits of account number __

Basis for the claim: **PROF. SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

| Debtor | LUCY LOPEZ ROIG E.A.P., INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 2,555.48 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,173,908.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,176,463.98 |

**Fill in this information to identify the case:**

Debtor name    **LUCY LOPEZ ROIG E.A.P., INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | BROKER AGREEMENT | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | ALFONSO ORTIZ TO BE PROVIDED |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE BROKER AGREEMENT | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | AON RISK SOLUTIONS OF PR PO BOX 191229 SAN JUAN, PR 00919-1229 |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE BROKER | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | AOR INSURANCE SUITE 10 H DORAL PLAZA GUAYNABO, PR 00966 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | CORP. CELLULAR PHONE ACCOUNT | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | AT&T MOBILITY PO BOX 6463 CAROL STREAM, IL 60197-6463 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **LUCY LOPEZ ROIG E.A.P., INC.**                              Case number (if known) _____
     First Name     Middle Name     Last Name

## ■ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **ADVERTISING SERVICES** | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | **AXESA INFORMATION, S.A.**<br>**PO BOX 19215**<br>**SAN JUAN, PR 00919-1225** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **ACCOUNTING SERVICES** | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | **C2 GROUP**<br>**PO BOX 10656**<br>**SAN JUAN, PR 00922-0656** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE BROKER AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | **CARRION LAFFITTE & CASELLAS**<br>**PO BOX 195556**<br>**SAN JUAN, PR 00919-9555** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **RENT AGREEMENT PHOTOCOPY MACHINE** | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | **DE LAGE LANDEN**<br>**PO BOX 41602**<br>**PHILADELPHIA, PA 19101-1602** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **TELEPHONE SYSTEM** | |
|---|---|---|---|
| | State the term remaining | MONTH TO MONTH | **ENVISION TECHNOLOGIES**<br>**SUITE 112 MSC  345**<br>**GRAN BULEVAR PASEOS**<br>**SAN JUAN, PR 00926-5955** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **BROKER AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | | **HUMAN RESOURCES CONSULTING SERV.** |
| | List the contract number of any | | |

Debtor 1   **LUCY LOPEZ ROIG E.A.P., INC.**

| First Name | Middle Name | Last Name |

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract _____   _____

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE BROKER AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **IKON BENEFITS** |
| | List the contract number of any government contract | _____ | **270 MUÑOZ RIVERA AVE. PH-1 SAN JUAN, PR 00918** |

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE BROKER AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **JA HUMAN RESOURCES** |
| | List the contract number of any government contract | _____ | **PO BOX 1282 AÑASCO, PR 00610** |

---

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE BROKER AGREEMENT** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **MARIA PEREZ GRAU** |
| | List the contract number of any government contract | _____ | **CALLE C BD #2 VENUS GARDENS OESTE SAN JUAN, PR 00926** |

---

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **RENT AGREEMENT OFFICE SPACE #701** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **MARION WENERHOLM** |
| | List the contract number of any government contract | _____ | **1307 AVE. MAGDALENA APT. 1 SAN JUAN, PR 00907** |

---

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **RENT AGREEMENT OFFICE SPACE #405** | |
|---|---|---|---|
| | State the term remaining | **PROFESSIONAL SERVICES** | **MARION WENERHOLM** |
| | List the contract number of any government contract | | **1307 AVE. MAGDALENA APT. 1 GUAYNABO, PR 00907** |

---

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **BROKER AGREEMENT** | **MARSH SALDAÑA, INC. CITIVIEW PLAZA SUITE 700 #48 RD 165 KM. 1.2 GUAYNABO, PR 00968** |
|---|---|---|---|

---

Debtor 1   **LUCY LOPEZ ROIG E.A.P., INC.**                                        Case number *(if known)* _____
    First Name      Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

    State the term remaining

    List the contract number of any
    government contract         _____

---

**2.17.**  State what the contract or lease is for and the nature of the debtor's interest     **INSURANCE BROKER**

    State the term remaining     **MONTH TO MONTH**     **OLIMPIC AGENCY INSURANCE**
**TO BE PROVIDED**

    List the contract number of any government contract

---

**2.18.**  State what the contract or lease is for and the nature of the debtor's interest     **SECURITY SERVICES**

    State the term remaining     **MONTH TO MONTH**     **OPTIMUS INVESTIGATION COPR.**
**PO BOX 363143**
**SAN JUAN, PR 00936-3143**

    List the contract number of any government contract

---

**2.19.**  State what the contract or lease is for and the nature of the debtor's interest     **INSURANCE BROKER**

    State the term remaining     **MONTH TO MONTH**     **PLACENCIA INSURANCE**
**PO BOX 2794**
**CAROLINA, PR 00984**

    List the contract number of any government contract

---

**2.20.**  State what the contract or lease is for and the nature of the debtor's interest     **INTERNET SERVICES**

    State the term remaining     **MONTH TO MONTH**     **PR WEBMASTERS**
**PO BOX 9111**
**SAN JUAN, PR 00908**

    List the contract number of any government contract

---

**2.21.**  State what the contract or lease is for and the nature of the debtor's interest     **DOCUMENT DISPOSAL SERVICES**

    State the term remaining     **MONTH TO MONTH**     **SHRED-IT PR**
**PO BOX 13574**
**NEWARK, NJ 07188-3574**

    List the contract number of any government contract

---

Debtor 1  **LUCY LOPEZ ROIG E.A.P., INC.**                                    Case number (if known) _____
         First Name   Middle Name   Last Name

**█ Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AND MATERIALS FOR PHOTOCOPY MACHINE** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **TOPAC DE PR**<br>**PO BOX 70243**<br>**SAN JUAN, PR 00936** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **TELEPHONE SERVICES** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **WORLD NET COMMUNICATIONS, INC.**<br>**PO BOX 70201**<br>**SAN JUAN, PR 00936-8201** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **LUCY LOPEZ ROIG E.A.P., INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | MARION A. WENNERHOLM | 1307 AVE. MAGDALENA APT. 1 SAN JUAN, PR 00907 | BANCO POPULAR DE PR | ☐ D ____ <br> ■ E/F   3.4 <br> ☐ G ____ |
| 2.2 | MARION A. WENNERHOLM | 1307 AVE. MAGDALENA APT. 1 SAN JUAN, PR 00907 | BANCO POPULAR DE PR | ☐ D ____ <br> ■ E/F   3.5 <br> ☐ G ____ |
| 2.3 | MARION A. WENNERHOLM | 1307 AVE. MAGDALENA APT. 1 SAN JUAN, PR 00907 | BANCO POPULAR DE PR | ☐ D ____ <br> ■ E/F   3.6 <br> ☐ G ____ |
| 2.4 | MARION A. WENNERHOLM | 1307 AVE. MAGDALENA APT. 1 SAN JUAN, PR 00907 | BANCO SANTANDER DE PR | ☐ D ____ <br> ■ E/F   3.7 <br> ☐ G ____ |

| Debtor | **LUCY LOPEZ ROIG E.A.P., INC.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                   *Column 2: Creditor*

| 2.5 | **MARION A. WENNERHOLM** | **1307 AVE. MAGDALENA APT. 1 SAN JUAN, PR 00907** | **FIRST BANK PR** | ☐ D ____<br>■ E/F   3.16<br>☐ G ____ |
|---|---|---|---|---|

| 2.6 | **MARION A. WENNERHOLM** | **1307 AVE. MAGDALENA APT. 1 SAN JUAN, PR 00907** | **SCOTIABANK OF PR** | ☐ D ____<br>■ E/F   3.38<br>☐ G ____ |
|---|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **LUCY LOPEZ ROIG E.A.P., INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 16, 2016__    X _Marion A. Wennerholm_
                                             Signature of individual signing on behalf of debtor

                                             **MARION A. WENNERHOLM**
                                             Printed name

                                             **PRESIDENT**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **LUCY LOPEZ ROIG E.A.P., INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  7/01/2016 to Filing Date | ■ Operating a business <br> ☐ Other | $217,382.70 |
| **For prior year:** From  7/01/2015 to  6/30/2016 | ■ Operating a business <br> ☐ Other | $566,120.00 |
| **For year before that:** From  7/01/2014 to  6/30/2015 | ■ Operating a business <br> ☐ Other | $664,556.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | LUCY LOPEZ ROIG E.A.P., INC. | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | MARION WENNERHOLM<br>1307 AVE. MAGDALENA<br>APT. 1<br>SAN JUAN, PR 00907<br>PRESIDENT | FROM<br>11/24/2015<br>TO<br>10/27/2016 | $35,640.00 | SALARY |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | VIVIAN RODRIGUEZ PLACERES<br>V.<br>LUCY LOPEZ ROIG EAP, INC.<br>DPE 2010-1182 | UNJUSTIFIED TERMINATION | TRIBUNAL DE BAYAMON<br>PO BOX 60619<br>BAYAMON, PR 00960-0619 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**　　　　　　　　　　　　　　Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**　Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**　Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **C. CONDE & ASSOC.**<br>**254 SAN JOSE STREET**<br>**5TH FLOOR**<br>**SAN JUAN, PR 00901-1523** | RETAINER | **NOVEMBER 17, 2016** | $15,000.00 |
| | Email or website address<br>condecarmen@condelaw.com | | | |
| | Who made the payment, if not debtor?<br>**DANIEL WENNERHOLM** | | | |
| 11.2. | **C. CONDE & ASSOC.**<br>**254 SAN JOSE STREET**<br>**5TH FLOOR**<br>**SAN JUAN, PR 00901-1523** | FILING FEE | **DECEMBER 12, 2016** | $1,717.00 |
| | Email or website address<br>condecarmen@condelaw.com | | | |
| | Who made the payment, if not debtor?<br>**DANIEL WENNERHOLM** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**                                    Case number *(if known)* _____

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   SOCIAL SECURITY NUMBER _____
   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 4 |
|---|---|---|

| Debtor | LUCY LOPEZ ROIG E.A.P., INC. | | Case number *(if known)* | |
|---|---|---|---|---|

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **LUCY LOPEZ ROIG E.A.P., INC.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **JOSE A. CORUJO, CPA**<br>**PO BOX 10656**<br>**SAN JUAN, PR 00922-0565** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **ISMAEL MARRERO & ASSOC.**<br>**PO BOX 190648**<br>**SAN JUAN, PR 00919-1648** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **MARION WENNERHOLM**<br>**1307 AVE. MAGDALENA**<br>**APT. 1**<br>**SAN JUAN, PR 00907** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1. **BANCO POPULAR DE PR**
**PO BOX 362708**
**SAN JUAN, PR 00936-2708**

26d.2. **BANCO SANTANDER DE PR**
**PO BOX 362589**
**SAN JUAN, PR 00936-2589**

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**                                        Case number *(if known)* _____

**Name and address**

26d.3.   FIRSTBANK OF PR
         PO BOX 9146
         SAN JUAN, PR 00908

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| MARION WENNERHOLM | 1307 AVE. MAGDALENA APT. 1 SAN JUAN, PR 00907 | PRESIDENT | 100% |
| NILDA RIVERA MOLINARY | D-11  3RD ST. URB. TERRANOVA GUAYNABO, PR 00969 | SECRETARY | |
| LUIS A. RIVERA TORRES | URB. SIERVAS DE MARIA CALLE SANTA ANA  #7 GURABO, PR 00778 | TREASURER | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1 | SEE ITEM SOFA 4.1 | | | |
| | Relationship to debtor | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   **LUCY LOPEZ ROIG E.A.P., INC.**                                        Case number *(if known)* _____

Name of the parent corporation                                    Employer Identification number of the parent
                                                                  corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent
                                                                  corporation

**Part 14:   Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
   connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
   and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 16, 2016**

_Marion A. Wennerholm_                          **MARION A. WENNERHOLM**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

## United States Bankruptcy Court
### District of Puerto Rico

In re **LUCY LOPEZ ROIG E.A.P., INC.**

Debtor(s)

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 16, 2016**

Signature *Marion A Wennerholm*
**MARION A. WENNERHOLM**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Puerto Rico

In re   **LUCY LOPEZ ROIG E.A.P., INC.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 16, 2016**

**MARION A. WENNERHOLM/PRESIDENT**
Signer/Title

LUCY LOPEZ ROIG E.A.P., INC.
400 AVE. DOMENECH
SUITE 701
SAN JUAN, PR 00918

CALIX DIAZ RIVERA
CALLE SAN ANTONIO A-9
SUITE B
HUMACAO, PR 00791

GLADYS HERNANDEZ SANTIAGO
URB. HILL MANSIONS
CALLE 61 A  BB7
SAN JUAN, PR 00926

LUISA S. VALLE CASTRO
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

CARMEN SEPULVEDA
CALLE DUFRESNE  #19  SUITE 1
HUMACAO, PR 00791

GLORIA RIVERA
CARR 152  KM. 12.6
NARANJITO, PR 00719

ANA MARIA BELMONTE
PO BOX 801024
COTO LAUREL, PR 00780-1024

CENTRO PSICOLOGICO ILO
URB. SAN ALFONSO
CALLE MIS AMORES   D-12
CAGUAS, PR 00725

GLORIANN INGEMI
HC 05  BOX 5996
AGUAS BUENAS, PR 00703

AON RISK SOLUTIONS OF PR
PO BOX 191229
SAN JUAN, PR 00919-1229

DAINNA ADAMS
URB. PASEO LAS COLONIAS
EDIF. CODECH OFFICE PARK  1805
PONCE, PR 00717

IKON BENEFITS
270 MUÑOZ RIVERA
AVE.  PH-1
SAN JUAN, PR 00918

AXESA INFORMATION, S.A.
PO BOX 19215
SAN JUAN, PR 00919-1225

DENISE ZELIGMAN
CALLE LUIS MUÑOZ RIVERA  #9
YAUCO, PR 00698

ILIA I. RODRIGUEZ
AVE. ANGEL CASTRO PEREZ INT
CARR 362  KM 1.0
SAN GERMAN, PR 00683

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

ENVISION TECHNOLOGIES
SUITE 112 MSC  345
GRAN BULEVAR PASEOS
SAN JUAN, PR 00926-5955

ISMAEL MARRERO & ASSOC.
PO BOX 190648
SAN JUAN, PR 00919-1648

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN, PR 00936-2589

EVA Y. RADINSON PEREZ
CALLE DR. BARBOSA  #57 NORTE
MAYAGUEZ, PR 00680

IVETTE RIVERA RIOLLANO
PO BOX 1974
HATILLO, PR 00659

C.F.S.E.
PO BOX 365028
SAN JUAN, PR 00936-5028

FIRST BANK PR
SPECIAL ASSETS GROUP
1519 PONCE DE LEON AVE. 1ST FLOOR
SAN JUAN, PR 00907

JOSE PLAUD MEDINA
COLISEO SHOPPING 2525
AVE. EDUARDO RUBERTE  SUITE
PONCE, PR 00716

C2 GROUP
PO BOX 10656
SAN JUAN, PR 00922-0656

GISELLE MORALES PEREZ
EDIF. CODECH OFFICE PARK 1805
PASEO LAS COLONIAS
PONCE, PR 00717

LAS AMERICAS PROF. CENTER
400 AVE. DOMENECH  SUITE 410
SAN JUAN, PR 00918

LUDITZA PEREZ BADILLO
CARR 417 KM. 2.0
BO. MALPASO
AGUADA, PR 00602

PELLOT-GONZALEZ, PSC.
268 PONCE DE LEON AVE.
THE HATO REY   SUITE 903
SAN JUAN, PR 00918

WORLD NET COMMUNICATIONS JI
PO BOX 70201
SAN JUAN, PR 00936-8201

MARIA DEL CARMEN RIVERA
AVE. NATIVO ALERS
PLAZA COPELIA OFFICE 2016
AGUADA, PR 00602

PR WEBMASTERS
PO BOX 9111
SAN JUAN, PR 00908

YADIRA SANTIAGO
CALLE 2  D-17
VISTA AZUL
ARECIBO, PR 00614

MARION A. WENNERHOLM
1307 AVE. MAGDALENA
APT. 1
SAN JUAN, PR 00907

PSY-Q GROUP
VALLE TOLIMA II  CALLE B  #15
PARQUE IND. BO. CAÑABONCITO
HUMACAO, PR 00791

MARISOL SANTIAGO
CARR 464  KM.  4.1
BO. ACEITUNAS
MOCA, PR 00676

SCOTIABANK OF PR
COMMERCIAL DEPARTMENT
PO BOX 2510
GUAYNABO, PR 00970

MARTA ROSSY FULLANA
COND. ALTURAS DE SAN JUAN
APTO. 442
SAN JUAN, PR 00926

TOPAC DE PR
PO BOX 70243
SAN JUAN, PR 00936

MARY JANE LEONE
1307 AVE. MAGDALENA
APART. 1
SAN JUAN, PR 00907

UNIVERSAL INSURANCE COMP.
PO BOX 11155
SAN JUAN, PR 00922-1155

NET TEK SYSTEM & NETWORK
PO BOX 8667
CAGUAS, PR 00725

VIRGILIO RODRIGUEZ RIVERA
CALLE DR. BARBOSA #57 NORTE
MAYAGUEZ, PR 00680

OFFICE MAX
BOISE COMPANY
PO BOX 101705
ATLANTA, GA 30392-1705

VIVIAN D. ECHEVARRIA
MARGINAL SAN SALVADOR  A-7
MANATI, PR 00674

PARY R. ALMODOVAR
4D  COND. DUERA 265
CALLE HONDURAS
SAN JUAN, PR 00917

VIVIAN RODRIGUEZ PLACERES
URB. RIO HONDO II
C/RIO HUMACAO AE-1
BAYAMON, PR 00961

# United States Bankruptcy Court
## District of Puerto Rico

In re   LUCY LOPEZ ROIG E.A.P., INC.

Debtor(s)

Case No.

Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   LUCY LOPEZ ROIG E.A.P., INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 16, 2016

Date

CARMEN D. CONDE TORRES 207312

Signature of Attorney or Litigant

Counsel for   LUCY LOPEZ ROIG E.A.P., INC.

C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
787-729-2900 Fax:787-729-2203
condecarmen@condelaw.com