IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LUCY LOPEZ ROIG E.A.P., INC.<br><br>DEBTOR | CASE NO. 16- 09790 (MCF)<br><br>CHAPTER 11 |

### DEBTOR'S MOTION IN COMPLIANCE WITH SECTION 1116 OF THE BANKRUPTCY CODE

**COMES NOW**, Lucy Lopez Roig E.A.P., Inc., Debtor herein, through the undersigned legal representation, and very respectfully STATES and PRAYS:

1. On December 16, 2016 the Debtor filed for relief under the provision of Chapter 11 of the Bankruptcy Code. Since then the Debtor has operated as a debtor in possession.

2. Pursuant to section 101(51D) of the Bankruptcy Code the Debtor is listed as a Small Business Debtor.

3. Section 1116 of the Bankruptcy Code mandates that a small business debtor submit the following documentation:

    a. Debtor's most recent Balance Sheet

    b. Debtor's most recent Statement of Operations

    c. Debtor's most recent Cash-Flow Statement

    d. Debtor's most recent Federal Income Tax Return.

4. The Debtor submitting the above reference documentation in this motion attached as exhibits A-D. The Debtor does not file a federal income tax return however it will attach its most recent state income tax return in order to comply with the Bankruptcy Code's mandate.

**WHEREFORE**, for the above stated reasons, the Debtor prays this Honorable Court to take notice of the present Motion and find that the Debtor has complied with Section 1116 of the Bankruptcy Code.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 21st day of December, 2016.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system, including U.S. Trustee.

        **C. CONDE & ASSOC.**
        254 SAN JOSE STREET
        SUITE 5
        SAN JUAN, PR 00901-1523
        Tel. 787-729-2900
        Fax. 787-729-2203
        Email: condecarmen@condelaw.com

        /s/ Carmen D. Conde Torres
        **CARMEN D. CONDE TORRES, ESQ.**
        **USDC 207312**



EXHIBIT A

Lucy Lopez Roig E.A.P., Inc.
Balance Sheet
November 30, 2016

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Santander 3003582204 | $ (7,848.78) | |
| Popular 022-229663 | 424.56 | |
| Accounts Receivable | 67,027.16 | |
| Prepaid taxes | 16,781.67 | |
| **Total Current Assets** | | 76,384.61 |
| **Property and Equipment** | | |
| Equipment | 57,479.56 | |
| Accum. Dep. - Equipment | (57,479.56) | |
| **Total Property and Equipment** | | 0.00 |
| **Other Assets** | | |
| **Total Other Assets** | | 0.00 |
| **Total Assets** | $ | 76,384.61 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ 148,282.25 | |
| Acc. expenses - Programa SAE | 24,993.57 | |
| Accrued Expenses | 6,502.11 | |
| Accrued vacations | 21,590.29 | |
| FICA Tax Payable | 1,946.16 | |
| FUTA Tax Payable | 293.94 | |
| SUTA Tax Payable | (38.55) | |
| SINOT Tax Payable | (15.55) | |
| State Withholding - 7%, 5% | (163.80) | |
| Employee Loan Default | (525.00) | |
| Loan Luis Rivera | 1,800.00 | |
| **Total Current Liabilities** | | 204,665.42 |
| **Long-Term Liabilities** | | |
| Doral Bank - line of credit | 18,444.41 | |
| Line of credit - First Bank | 53,397.58 | |
| Line of credit - Scotiabank | 38,349.58 | |
| Line Credit - BS 3004239465 | 8,730.16 | |
| Line of credit - BPPR-001 | 9,435.43 | |
| Loan Banco Popular - 9002 | 789,653.14 | |
| Loan Mary Jane Leone | 97,000.00 | |
| **Total Long-Term Liabilities** | | 1,015,010.30 |
| **Total Liabilities** | | 1,219,675.72 |
| **Capital** | | |
| Common Stock | 1,500.00 | |
| Paid-in Capital | 7,360.00 | |
| Retained Earnings | (1,152,294.18) | |
| Net Income | 143.07 | |
| **Total Capital** | | (1,143,291.11) |
| **Total Liabilities & Capital** | $ | 76,384.61 |

Unaudited - For Management Purposes Only

EXHIBIT B

Lucy Lopez Roig E.A.P., Inc.
Income Statement
For the Five Months Ending November 30, 2016

| | Current Month | | Year to Date | |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| EAP Fixed Contracts | $ 180,461.17 | 81.54 | $ 180,461.17 | 81.54 |
| EAP Fee for Service Contracts | 13,057.50 | 5.90 | 13,057.50 | 5.90 |
| Tecnical Services | 2,250.00 | 1.02 | 2,250.00 | 1.02 |
| Professional Services Income | 1,115.25 | 0.50 | 1,115.25 | 0.50 |
| Assessments | 8,815.00 | 3.98 | 8,815.00 | 3.98 |
| Workshops & Trainings | 405.75 | 0.18 | 405.75 | 0.18 |
| Programa SAE | 15,208.44 | 6.87 | 15,208.44 | 6.87 |
| Total Revenues | 221,313.11 | 100.00 | 221,313.11 | 100.00 |
| **Cost of Sales** | | | | |
| Psychologist Services | 19,777.17 | 8.94 | 19,777.17 | 8.94 |
| Psychologist Services - CCR | 16,075.12 | 7.26 | 16,075.12 | 7.26 |
| Psychologist Services - PSAE | 12,927.16 | 5.84 | 12,927.16 | 5.84 |
| Total Cost of Sales | 48,779.45 | 22.04 | 48,779.45 | 22.04 |
| Gross Profit | 172,533.66 | 77.96 | 172,533.66 | 77.96 |
| **Expenses** | | | | |
| Marketing & Advertising Exp. | 1,440.00 | 0.65 | 1,440.00 | 0.65 |
| Auto Insurance | 177.75 | 0.08 | 177.75 | 0.08 |
| Gas Expense | 140.42 | 0.06 | 140.42 | 0.06 |
| Bank Charges | 312.91 | 0.14 | 312.91 | 0.14 |
| Commissions and Fees Exp | 1,287.29 | 0.58 | 1,287.29 | 0.58 |
| Dues and Suscriptions | 335.00 | 0.15 | 335.00 | 0.15 |
| Health Insurance Expense | 3,750.00 | 1.69 | 3,750.00 | 1.69 |
| Employee Allowances | 10,000.00 | 4.52 | 10,000.00 | 4.52 |
| Insurance Expense | 5,021.07 | 2.27 | 5,021.07 | 2.27 |
| Interests - Line of Credit | 29,971.20 | 13.54 | 29,971.20 | 13.54 |
| Legal Expenses | 232.50 | 0.11 | 232.50 | 0.11 |
| Accounting Services | 1,456.00 | 0.66 | 1,456.00 | 0.66 |
| Licenses, Fees & Other | 199.50 | 0.09 | 199.50 | 0.09 |
| Rep. & Maint. - Office | 8,231.35 | 3.72 | 8,231.35 | 3.72 |
| Rep. & Maint. - Equipment | 469.30 | 0.21 | 469.30 | 0.21 |
| Computer Expenses | 1,289.98 | 0.58 | 1,289.98 | 0.58 |
| FICA Tax Expense | 4,904.67 | 2.22 | 4,904.67 | 2.22 |
| SUTA Tax Expense | 38.16 | 0.02 | 38.16 | 0.02 |
| FUTA Tax Expense | 6.73 | 0.00 | 6.73 | 0.00 |
| SINOT Tax Expense | 2.33 | 0.00 | 2.33 | 0.00 |
| Postage and Delivery | 130.22 | 0.06 | 130.22 | 0.06 |
| Office Rent Expense | 6,500.00 | 2.94 | 6,500.00 | 2.94 |
| Meals & Entertainment | 221.19 | 0.10 | 221.19 | 0.10 |
| Wages - Regular | 64,113.88 | 28.97 | 64,113.88 | 28.97 |
| Professional Services | 4,829.00 | 2.18 | 4,829.00 | 2.18 |
| Partners Professional Serv | 12,960.00 | 5.86 | 12,960.00 | 5.86 |
| Office Supplies | 2,982.35 | 1.35 | 2,982.35 | 1.35 |
| Kitchen & Bathroom Supplies | 121.00 | 0.05 | 121.00 | 0.05 |
| Copies & Printing Expense | 661.05 | 0.30 | 661.05 | 0.30 |
| Telephone and Communications | 2,153.51 | 0.97 | 2,153.51 | 0.97 |
| Equipment Leases | 499.10 | 0.23 | 499.10 | 0.23 |
| Security Guards Services | 306.00 | 0.14 | 306.00 | 0.14 |
| Cellular Phones | 1,492.58 | 0.67 | 1,492.58 | 0.67 |
| Hotel & Travel Expenses EAP | 529.83 | 0.24 | 529.83 | 0.24 |
| Cleaning Services | 1,100.00 | 0.50 | 1,100.00 | 0.50 |
| Auto Expenses | 2,250.00 | 1.02 | 2,250.00 | 1.02 |
| Utilities Expense | 2,270.97 | 1.03 | 2,270.97 | 1.03 |
| 1.5 New Tax | 3.75 | 0.00 | 3.75 | 0.00 |

For Management Purposes Only

Lucy Lopez Roig E.A.P., Inc.
Income Statement
For the Five Months Ending November 30, 2016

|  | Current Month |  | Year to Date |  |
|---|---:|---:|---:|---:|
| Total Expenses | 172,390.59 | 77.89 | 172,390.59 | 77.89 |
| Net Income | $ 143.07 | 0.06 | $ 143.07 | 0.06 |

Lucy Lopez Roig E.A.P., Inc.

For Management Purposes Only



Lucy Lopez Roig E.A.P., Inc.
Statement of Cash Flow
For the five Months Ended November 30, 2016

|  | Current Month | Year to Date |
|---|---:|---:|
| **Cash Flows from operating activities** | | |
| Net Income | $ 143.07 | $ 143.07 |
| Adjustments to reconcile net income to net cash provided by operating activities | | |
| Accounts Receivable | (27,387.54) | (27,387.54) |
| Prepaid taxes | (4,237.47) | (4,237.47) |
| Accounts Payable | 17,860.63 | 17,860.63 |
| Acc. expenses - Programa SAE | 24,993.57 | 24,993.57 |
| FICA Tax Payable | (49.30) | (49.30) |
| FUTA Tax Payable | 6.73 | 6.73 |
| SUTA Tax Payable | (336.41) | (336.41) |
| SINOT Tax Payable | (66.25) | (66.25) |
| State Withholding - 7%, 5% | (24.50) | (24.50) |
| Employee Loan Default | 375.00 | 375.00 |
| Loan Luis Rivera | 1,800.00 | 1,800.00 |
| Total Adjustments | 12,934.46 | 12,934.46 |
| Net Cash provided by Operations | 13,077.53 | 13,077.53 |
| | | |
| **Cash Flows from investing activities** | | |
| Used For | | |
| Net cash used in investing | 0.00 | 0.00 |
| | | |
| **Cash Flows from financing activities** | | |
| Proceeds From | | |
| Line of credit - First Bank | 2,190.44 | 2,190.44 |
| Paid-in Capital | 7,800.00 | 7,800.00 |
| Used For | | |
| Doral Bank - line of credit | (3,736.11) | (3,736.11) |
| Line of credit - First Bank | (5,508.80) | (5,508.80) |
| Line of credit -Scotiabank | (6,053.24) | (6,053.24) |
| Line Credit - BS 3004239465 | (786.01) | (786.01) |
| Line of credit - BPPR-001 | (3,174.70) | (3,174.70) |
| Loan Banco Popular - 9002 | (9,997.46) | (9,997.46) |
| Paid-in Capital | (440.00) | (440.00) |
| Net cash used in financing | (19,705.88) | (19,705.88) |
| | | |
| Net increase <decrease> in cash | $ (6,628.35) | $ (6,628.35) |
| | | |
| **Summary** | | |
| Cash Balance at End of Period | $ (7,424.22) | $ (7,424.22) |
| Cash Balance at Beg of Period | (2,831.58) | 795.87 |
| Net Increase <Decrease> in Cash | $ (10,255.80) | $ (6,628.35) |

Unaudited - For Internal Use Only.

COPY CLIENT

EXHIBIT
D

Formulario 480.2 Rev. 02.16

# 2015 ESTADO LIBRE ASOCIADO DE PUERTO RICO — DEPARTAMENTO DE HACIENDA — 2015
## Planilla de Contribución sobre Ingresos de Corporaciones

AÑO CONTRIBUTIVO COMENZADO EL 1 de julio de 2015 Y TERMINADO EL 30 de junio de 2016

☐ PLANILLA EN...

**Nombre del Contribuyente:** LUCY LOPEZ ROIG EAP INC
**Número de Identificación Patronal:** 66-0579430
**Dirección Postal:** 400 AVE DOMENECH, OFICINA 701, San Juan PR
**Código Postal:** 00918-
**Núm. de Registro del Departamento de Estado:** 109308
**Clave Industrial:** [Confidencial]
**Número de Registro de Comerciante:** 00105160007
**Localización de la Industria o Negocio Principal:** 400 AVE DOMENECH OFICINA 701 SAN JUAN PR 00918
**Número de Teléfono - Extensión:** (787) 763-6708
**Naturaleza de la Industria o Negocio Principal:** SERVICIOS PSICOLOGICOS
**Fecha de Incorporación:** Día 11 / Mes 12 / Año 1999
**Tipo de Entidad:**
**Marque el encasillado correspondiente, si aplica:** ☐ Primera planilla  ☐ Última planilla
**CAMBIO DE DIRECCIÓN:** ☐ Sí  ☒ No
**Lugar de Incorporación:** SAN JUAN PR
**Indique si es miembro de un grupo de entidades relacionadas:** ☐ Sí  ☒ No  Número de grupo: ___
**Contratos con Organismos Gubernamentales:** ☐ Sí  ☒ No
**Correo Electrónico de Persona Contacto (E-mail):** moramora1510@yahoo.com

### PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

**Reintegro**
1. CONTRIBUCIÓN PAGADA EN EXCESO (Parte IV, línea 58. Indique distribución en las líneas A, B, C y D) .......... (1) **11,138 00**
   A) Acreditar a la contribución estimada 2016 .......... (1A) **11,138 00**
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .......... (1B)
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico .......... (1C)
   D) A REINTEGRAR .......... (1D)

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Parte IV, línea 58) .......... (2)
3. Menos: Cantidad pagada (a) Con Planilla .......... (3a)
   (b) Intereses .......... (3b)
   (c) Recargos _____ y Penalidades _____ .......... (3c)
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) .......... (4)

### JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

Nombre del presidente o vicepresidente: Marion A. Wennerholm
Firma del presidente o vicepresidente: Marion A. Wennerholm
Fecha: 10-12-16

Nombre del tesorero o tesorero auxiliar: Marion A. Wennerholm
Firma del tesorero o tesorero auxiliar: Marion A. Wennerholm
Fecha: 10-12-16

Nombre del agente: _____
Firma del agente: _____
Fecha: _____

### PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

Nombre del especialista (Letra de molde): MIGUEL A MORALES
Núm. de registro: 51127
Fecha: 10/11/16
Marque si es especialista por cuenta propia: ☐

Nombre de la firma: ISMAEL MARRERO & ASOC
Firma del especialista: _____
Dirección: PO BOX 190648 SAN JUAN PR
Código postal: 00919

### NOTA AL CONTRIBUYENTE
Indique si hizo pagos por la preparación de su planilla: ☒ Sí  ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años                                          PRSoft, Inc. (www.prsoft.com)

Formulario 480.2 Rev. 02.16    LUCY LOPEZ ROIG EAP INC    66-0579430    Corporación - Página 2

### Parte I — Determinación del Ingreso Neto (o Pérdida) de Operaciones

1. Ventas netas de bienes o productos (Véanse instrucciones) ... (1)
   Menos: Costos de ventas o costos directos de producción
2. Inventario al comienzo del año ☐ 1 "C" ☐ 2 "C" o "VM" ... (2)
3. Compra de materiales o mercadería ... (3)
4. Jornales directos ... (4)
5. Otros costos directos (De la Parte V, línea 17) ... (5)
6. Costo de bienes disponibles para la venta (Sume líneas 2 a la 5) ... (6)
7. Menos: Inventario al finalizar el año ☐ 1 "C" ☐ 2 "C" o "VM" ... (7)
8. Total de costos de ventas o costos directos de producción (Línea 6 menos línea 7) ... (8)
9. Ganancia bruta de la venta de bienes o productos (Línea 1 menos línea 8) ... (9)
10. Ingreso bruto generado en la venta de servicios ... (10) 566,120
11. Ganancia neta de capital (Anejo D Corporación, Parte IV, línea 21) ... (11)
12. Ganancia neta (o pérdida) en la venta de propiedad que no sea activo de capital (Anejo D Corporación, Parte V, línea 22) ... (12)
13. Renta ... (13)
14. Intereses: (a) Sujetos a la tasa preferencial de 10%_____ (b) Otros _____ ... (14)
15. Ingreso por comisiones ... (15)
16. Dividendos de corporaciones: (a) Domésticas_____ (b) Extranjeras_____ ... (16)
17. Participación distribuible en el ingreso neto de sociedades y sociedades especiales (Anejo R Corporación, Parte III, línea 5) ... (17)
18. Participación distribuible en el ingreso neto sujeto a tasas preferenciales proveniente de sociedades y sociedades especiales ... (18)
19. Beneficio tributable de agricultura (Anejo S Corporación, Parte I, línea 9) ... (19)
20. Ingreso neto derivado de las operaciones de una entidad financiera internacional que opera como una unidad de un banco ... (20)
21. Fletes y pasajes ... (21)
22. Regalías ... (22)
23. Condonación de deudas (Someta Formulario 480.6A) ... (23)
24. Espectáculos públicos ... (24)
25. Otros pagos reportados en un Formulario 480.6A o 480.6B ... (25)
26. Ingresos misceláneos ... (26)
27. **Total de ingresos** (Sume líneas 9 a la 26) ... (27) 566,120
28. **Menos:** Cantidad exenta bajo Ley 135-2014 (Véanse instrucciones) ... (28)
29. Total de ingreso después de la exención bajo la Ley 135-2014 (Línea 27 menos línea 28) ... (29) 566,120
30. **Menos:** Total de deducciones (De la Parte VI, línea 51) ... (30) 601,976
31. Ingreso neto (o pérdida) de operaciones (Línea 29 menos línea 30) ... (31) -35,856

### Parte II — Determinación del Ingreso Neto (o Pérdida)

32. Menos: Deducción por pérdida neta en las operaciones del año anterior (Someta Anejo G Corporación. No exceder del 80% de la línea 31) ... (32)
33. Ingreso neto (o pérdida) ... (33) -35,856

### Parte III — Determinación del Ingreso Neto Sujeto a Contribución Normal y Contribución Adicional

34. Menos: Dividendos o beneficios recibidos de corporaciones domésticas (Véanse instrucciones) ... (34)
35. Ingreso neto sujeto a contribución normal (Línea 33 menos línea 34) ... (35)
36. Menos: Deducción para fines de la contribución adicional (Marque aquí si viene del Modelo SC 2652 ☐) ... (36) 25,000
37. Ingreso neto sujeto a contribución adicional (Línea 35 menos línea 36) ... (37)

### Parte IV — Cómputo de la Contribución

38. Contribución normal (Multiplique la línea 35 por: ☒ 20% ☐ 15% ☐ 10%) ... (38)
39. Contribución adicional (Véanse instrucciones) ... (39)
40. **Contribución Total** (Sume líneas 38 y 39) ... (40)
41. Contribución Alternativa - Ganancias de Capital y Tasas Preferenciales (Anejo D1 Corporación, línea 9) ... (41)
42. Contribución determinada antes del crédito por contribuciones pagadas a los Estados Unidos, sus posesiones y países extranjeros (Línea 40 o 41, la que sea menor, siempre que la línea 41 sea mayor de cero) ... (42) 0
43. Crédito por contribuciones pagadas a los Estados Unidos, sus posesiones y países extranjeros (Anejo C Corporación, Parte III, línea 6(b)) ... (43)
44. Contribución determinada antes de contribución alternativa mínima (Línea 42 menos línea 43) ... (44)
45. Contribución alternativa mínima en exceso de la contribución regular (Anejo A Corporación, Parte VI, línea 41) ... (45)
46. **Responsabilidad contributiva antes de créditos contributivos** (Sume líneas 44 y 45) ... (46)
47. Recobro de crédito reclamado en exceso (Anejo B Corporación, Parte I, línea 3) ... (47)
48. Crédito por contribución alternativa mínima pagada en años anteriores (Anejo A Corporación, Parte VII, línea 4) ... (48)
49. Créditos contributivos (Anejo B Corporación, Parte II, línea 26) ... (49)
50. Responsabilidad contributiva antes del monto equivalente a dividendo o distribución de beneficios y de la contribución sobre dividendo implícito (Sume línea 46 y 47 menos líneas 48 y 49) ... (50)
51. Contribución sobre monto equivalente a dividendo o distribución de beneficios (Modelo SC 2879, Contribución sobre Monto Equivalente a Dividendo, línea 11) ... (51)
52. Contribución sobre dividendo implícito (Véanse instrucciones) (Modelo 2877, Contribución sobre Dividendo Implícito, línea 11) ... (52)
53. **Responsabilidad Contributiva Total** (Sume líneas 50 a la 52) ... (53)
54. Menos: Otros Pagos y Retenciones (Anejo B Corporación, Parte III, línea 12) ... (54) 11,138
55. Total no pagado de la contribución (Si la línea 54 es menor que la línea 53, anote la diferencia aquí, de lo contrario en la línea 56) ... (55)
56. Exceso de contribución pagada o retenida (Véanse instrucciones) ... (56) 11,138
57. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Corporación, Parte II, línea 21) ... (57)
58. BALANCE: * Si línea 56 es mayor que la suma de líneas 55 y 57, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1.
    * Si línea 58 es menor que la suma de líneas 55 y 57, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de la página 1.
    * Si diferencia entre línea 56 y la suma de líneas 55 y 57 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. ... (58) 11,138

LA CANTIDAD REFLEJADA EN LA LÍNEA 58 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1

Período de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)

Formulario 480.2 Rev. 02.16    LUCY LOPEZ ROIG EAP INC    66-0579430    Corporación - Página 3

## Parte V — Otros Costos Directos

| Partida | Importe | Partida | Importe |
|---|---|---|---|
| 1. Jornales, sueldos y bonificaciones (1) | | 11. Renta (11) | |
| 2. Seguro social federal (FICA) (2) | | 12. Limpieza, mantenimiento y recogido de desperdicios (12) | |
| 3. Seguro de desempleo (3) | | 13. Gastos de empaque de productos (13) | |
| 4. Primas Fondo Seguro del Estado (4) | | 14. Gastos de comida pagados a empleados de producción (Total $_____ ) (14) | |
| 5. Seguro médico o de hospitalización (5) | | 15. Depreciación (Someta Anejo E) (15) | |
| 6. Otros seguros (6) | | 16. Otros gastos (Someta detalle) (16) | |
| 7. Arbitrios / Impuesto sobre Uso (7) | | 17. **Total otros costos directos** (Sume líneas 1 a la 16. Igual a la Parte I, línea 5) (17) | |
| 8. Impuesto sobre ventas y uso en importaciones (8) | | | |
| 9. Reparaciones (9) | | | |
| 10. Luz y agua (10) | | | |

## Parte VI — Deducciones

| | Partida | Importe |
|---|---|---|
| 1. | Compensación a directores (Véanse instrucciones Parte X) (1) | |
| 2. | Compensación a oficiales (Véanse instrucciones Parte XI) (2) | 35,640 |
| 3. | Sueldos, comisiones y bonificaciones a empleados (Véanse instrucciones) (3) | 159,430 |
| 4. | Comisiones a negocios (4) | 4,190 |
| 5. | Seguro social federal (FICA) (5) | 12,196 |
| 6. | Seguro de desempleo (6) | 4,355 |
| 7. | Primas Fondo Seguro del Estado (7) | 2,313 |
| 8. | Seguro médico o de hospitalización (8) | 9,000 |
| 9. | Seguros (9) | 14,163 |
| 10. | Intereses pagados en arrendamiento financiero de automóviles (Someta Formulario 480.7D) (10) | |
| 11. | Intereses hipotecarios (Someta Formulario 480.7A) (11) | 78,793 |
| 12. | Otros intereses (Véanse instrucciones) (12) | |
| 13. | Renta de propiedad mueble tangible (13) | 16,900 |
| 14. | Renta de propiedad inmueble (14) | |
| 15. | Contribución sobre propiedad: (a) Mueble ___815___ (b) Inmueble _____ (15) | 815 |
| 16. | Otras contribuciones, patentes y licencias (No incluya impuesto sobre ventas y uso. Véanse instrucciones) (16) | 3,757 |
| 17. | Impuesto sobre ventas y uso (Véanse instrucciones) (17) | |
| 18. | Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) (18) | |
| 19. | Gastos de automóviles (Millaje _____ ) (Véanse instrucciones) (19) | |
| 20. | Gastos de otros vehículos de motor (Véanse instrucciones) (20) | 33,533 |
| 21. | Gastos de comida y entretenimiento (Total _____ ) (Véanse instrucciones) (21) | |
| 22. | Gastos de viajes (22) | 2,236 |
| 23. | Servicios profesionales (23) | 157,145 |
| 24. | Aportaciones a planes de pensiones u otros planes calificados (Véanse instrucciones. Someta Modelo SC 6042) (24) | |
| 25. | Depreciación y amortización (Véanse instrucciones. Someta Anejo E) (25) | |
| 26. | Deudas incobrables (Véanse instrucciones) (26) | |
| 27. | Reparaciones (Véanse instrucciones) (27) | 23,685 |
| 28. | Regalías (28) | |
| 29. | Cargos de administración (29) | |
| 30. | Deducción a patronos que emplean personas impedidas (Véanse instrucciones) (30) | |
| 31. | Aportaciones a cuentas de aportación educativa para los beneficiarios de sus empleados (Véanse instrucciones) (31) | |
| 32. | Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) (32) | |
| 33. | Gastos incurridos o pagados a accionistas, personas o entidades relacionadas fuera de Puerto Rico (Véanse instrucciones) (Total $_____ ) (33) | |
| 34. | Deducción por gastos incurridos o pagados a accionistas, personas o entidades relacionadas, totalmente deducibles (Véanse instrucciones) (34) | |
| 35. | Servicios públicos (agua, luz, teléfono, internet, etc.) (35) | 16,754 |
| 36. | Limpieza, mantenimiento y recogido de desperdicios (36) | |
| 37. | Cargos bancarios (37) | 922 |
| 38. | Gastos de publicidad y mercadeo (Anuncios) (38) | 5,949 |
| 39. | Materiales y efectos de oficina (39) | 7,357 |
| 40. | Seminarios, adiestramientos y gastos de educación continua para empleados (40) | 975 |
| 41. | Servicios de seguridad (41) | 1,054 |
| 42. | Servicios de cobro de cuentas (42) | |
| 43. | Servicios subcontratados (43) | 4,240 |
| 44. | Gastos incurridos o pagados por concepto de servicios recibidos de personas no dedicadas a industria o negocio en Puerto Rico (44) | |
| 45. | Gasto por concepto de cuotas, subscripciones y membresías (45) | 830 |
| 46. | Gastos relacionados con licencias y programas de computadoras no capitalizables (Véase instrucciones) (46) | 5,744 |
| 47. | Otras deducciones (Véanse instrucciones) (47) | |
| 48. | **Subtotal de deducciones** (Sume líneas 1 a la 47) (48) | 601,976 |
| 49. | Donativos (Véanse instrucciones) (49) | |
| 50. | Deducción bajo la Ley 185-2014 (Véanse instrucciones) (50) | |
| 51. | **Total de deducciones** (Sume líneas 48 a la 50. Traslade a la Parte I, línea 30) (51) | 601,976 |

Formulario 480.2 Rev. 02.16    LUCY LOPEZ ROIG EA...    66-0579430    Corporación - Página 4

## Parte VII. Corporación - Estado de Situación Comparado ㊲

| Activos | | Al comenzar el año Total | | Al terminar el año Total |
|---|---|---|---|---|
| 1. Efectivo en caja y bancos | (1) | | 482 | 220 |
| 2. Cuentas a cobrar | (2) | 52,452 | | 39,639 |
| 3. Menos: Reserva para cuentas incobrables | (3) | | 52,452 | 39,639 |
| 4. Inventarios | (4) | | | |
| 5. Otros activos corrientes | (5) | | 6 | 11,138 |
| 6. Obligaciones a cobrar | (6) | | 1,844,698 | 1,315,488 |
| 7. Inversiones | (7) | | | |
| 8. Activos depreciables | (8) | 57,479 | | 57,479 |
| 9. Menos: Reserva para depreciación | (9) | 57,479 | | 57,479 |
| 10. Préstamos por cobrar de accionistas o entidades relacionadas | (10) | | | |
| 11. Terrenos | (11) | | | |
| 12. Otros activos a largo plazo | (12) | | | 268 |
| 13. Total de Activos | (13) | | 1,897,638 | 1,366,753 |
| **Pasivos y Capital** | | | | |
| **Pasivos** | | | | |
| 14. Cuentas a pagar | (14) | 110,731 | | 126,602 |
| 15. Gastos incurridos y no pagados | (15) | 32,999 | | 28,012 |
| 16. Otros pasivos corrientes | (16) | 1,462,579 | | 957,076 |
| 17. Obligaciones a pagar a largo plazo | (17) | | | |
| 18. Obligaciones a pagar a accionistas o entidades relacionadas | (18) | | | |
| 19. Otras obligaciones a largo plazo | (19) | 410 | | |
| 20. Total de Pasivos | (20) | | 1,606,719 | 1,111,690 |
| **Capital** | | | | |
| 21. Capital en acciones | | | | |
|   (a) Acciones preferidas | (21a) | | | |
|   (b) Acciones comunes | (21b) | 1,500 | | 1,500 |
| 22. Sobrante de capital | (22) | | | |
| 23. Ganancias retenidas | (23) | 289,419 | | 253,563 |
| 24. Reserva | (24) | | | |
| 25. Total de Capital | (25) | | 290,919 | 255,063 |
| 26. Total Pasivos y Capital | (26) | | 1,897,638 | 1,366,753 |

## Parte VIII. Reconciliación del Ingreso Neto (o Pérdida) según Libros con el Ingreso Neto Tributable (o Pérdida) según Planilla ㊳

1. Ingreso neto (o pérdida) según libros ........ (1)    -35,856
2. Contribución sobre ingresos según libros ... (2)
3. Exceso de pérdidas de capital sobre ganancias de capital ........................... (3)
4. Ingreso tributable no registrado en los libros este año (Detalle, use anejo si es necesario)
   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   Total ................................................. (4)
5. Gastos registrados en los libros este año no reclamados en esta planilla (Detalle, use anejo si es necesario)
   (a) Comida y entretenimiento (porción no deducible) _____
   (b) Depreciación _____
   (c) Embarcaciones, aeronaves y propiedad localizada fuera de P.R. _____
   (d) Gastos incurridos o pagados a accionistas, personas o entidades relacionadas (porción no deducible) _____
   (e) _____
   (f) _____
   (g) _____
   (h) _____
   (i) _____
   (j) _____
   Total ................................................. (5)
6. Total (Sume líneas 1 a la 5) ...................... (6)    -35,856

7. Ingreso registrado en los libros este año no incluido en esta planilla (Detalle, use anejo si es necesario)
   (a) Ingresos exentos (Anejo IE Corp., Parte II, línea 19)
   (b) Ingresos excluidos (Anejo IE Corp., Parte I, línea 6)
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   (g) _____
   Total ................................................. (7)
8. Deducciones en esta planilla no llevadas contra el ingreso en los libros este año (Detalle, use anejo si es necesario)
   (a) Depreciación _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   (g) _____
   (h) _____
   (i) _____
   Total ................................................. (8)
9. Total (Sume líneas 7 y 8) .......................... (9)
10. Ingreso neto tributable (o pérdida) según planilla (Línea 6 menos línea 9) ...................... (10)    -35,856

Formulario 480.2  Rev. 02.16    LUCY LOPEZ ROIG EAP INC                                66-0579430    Corporación - Página 5

## Parte IX — Análisis del Sobrante según Libros

1. Balance al comenzar el año .................. (1)   289,419
2. Ingreso neto según libros ...................... (2)   -35,856
3. Otros aumentos (Detalle, use anejo si es necesario) ................................ (3)
4. Total (Sume líneas 1, 2 y 3) .................. (4)   253,563

5. Distribuciones:  (a) Efectivo ................ (5a)
                    (b) Propiedad ............. (5b)
                    (c) Acciones ............... (5c)
6. Otras rebajas (Use anejos si es necesario) _____
7. Total (Sume líneas 5 y 6) ...................... (7)
8. Balance al finalizar el año (Línea 4 menos línea 7) .... (8)   253,563

## Parte X — Compensación a Directores

| Nombre del oficial | Número de seguro social | Por ciento del tiempo dedicado a industria o negocio | Por ciento de las acciones poseídas Comunes | Preferidas | Compensación |
|---|---|---|---|---|---|
| | -- | | | | |
| | -- | | | | |
| | -- | | | | |
| | -- | | | | |

Total de compensación a directores (Traslade a la Parte VI, línea 1) .................

## Parte XI — Compensación a Oficiales

| Nombre del oficial | Número de seguro social | Por ciento del tiempo dedicado a industria o negocio | Por ciento de las acciones poseídas Comunes | Preferidas | Compensación |
|---|---|---|---|---|---|
| MAERION A WENNERHOLM | | 100.0 | 100.0 | | 35,640 |
| | -- | | | | |
| | -- | | | | |
| | -- | | | | |

Total de compensación a oficiales (Traslade a la Parte VI, línea 2) ................. 35,640

## Parte XII — Cuestionario

1. Si es una corporación extranjera, indique si la industria o negocio operó como sucursal ...... (1) NO:X
2. Si es una sucursal, indique el por ciento que representa el ingreso de fuentes de Puerto Rico del total de ingreso de la corporación: ____ %
3. ¿Mantuvo la corporación durante este año parte de sus récords en un sistema computadorizado? ...... (3) SI:X
4. Los libros de la corporación están a cargo de:
   Nombre  LA COMPAÑIA
   Dirección _____
   Correo electrónico (E-mail) _____
   Teléfono _____
5. Indique el método de contabilidad utilizado en los libros para propósitos contributivos:  ☐ Recibido y Pagado  ☒ Acumulación
   ☐ Otro (especifique): _____
6. ¿Rindió la corporación los siguientes documentos?:
   (a) Declaración Informativa (Formularios 480.5, 480.6A, 480.6B) ...... (6a) SI:X
   (b) Comprobante de Retención (Formulario 499R-2/W-2PR) ...... (6b) SI:X
7. Si el ingreso bruto de la entidad o del grupo controlado excede de $3,000,000, ¿Sometió estados financieros auditados por un CPA con licencia de Puerto Rico? ...... (7) NO:X
8. Número de empleados durante el año: 7
9. ¿Reclamó la corporación gastos relacionados con la titularidad, uso, mantenimiento y depreciación de:
   (a) Automóviles? ...... (9a) NO:X
   (b) Embarcaciones? ...... (9b) NO:X
       (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento? ...... (9b1) NO:X
   (c) Aeronaves? ...... (9c) NO:X
       (1) ¿Derivó más del 80% de la totalidad de los ingresos de actividades relacionadas exclusivamente con la transportación de pasajeros o de carga o arrendamiento? ...... (9c1) NO:X
   (d) Propiedad residencial fuera de Puerto Rico? ...... (9d) NO:X
       (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con el alquiler de propiedades a personas no relacionadas? ...... (9d1) NO:X

10. ¿Reclamó la corporación gastos relacionados con:
    (a) Alojamiento? (excepto empleados del negocio) ...... (10a) NO:X
    (b) Empleados que asistieron a convenciones fuera de Puerto Rico o los Estados Unidos? ...... (10b) NO:X
11. ¿Distribuyó la corporación, durante el año contributivo, dividendos que no fueran en acciones o en liquidación en exceso de la ganancia corriente y acumulada? Si contestó "Sí", indique la cantidad ...... (11) NO:X
12. ¿Es la corporación socio de una sociedad especial o sociedad? (Si es más de una, someta detalle) ...... (12) NO:X
    Nombre de la Sociedad Especial o Sociedad _____
    Número de identificación patronal _____
13. ¿Recibió ingresos exentos? (Someta Anejo IE Corporación) ...... (13) NO:X
14. Anote la cantidad correspondiente de donativos a municipios de la cantidad incluida en la Parte VI, línea 49: _____
15. Indique si pagó primas a aseguradores no autorizados ...... (15) NO:X
16. Número de patrono otorgado por el Departamento del Trabajo y Recursos Humanos:  327535000
17. Número de accionistas:  1
    (a) ¿Es alguno de los accionistas de la corporación un individuo no residente o corporación extranjera? ...... (17a) NO:X
        (1) Indique el por ciento de participación del total de accionistas no residentes o corporaciones extranjeras _____ %
        (2) Indique el país de procedencia del accionista extranjero _____
18. ¿Incurrió o pagó gastos a accionistas, personas o entidades relacionadas fuera de Puerto Rico? ...... (18) NO:X
    (a) ¿Obtuvo determinación administrativa para tener derecho a la totalidad de la deducción? ...... (18a) NO:X
19. ¿Reclamó la corporación gastos relacionados con servicios provistos por no residentes de Puerto Rico? ...... (19) NO:X
    (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? ...... (19a) NO:X
20. ¿Reclamó la corporación gastos de depreciación por propiedad mueble tangible adquirida fuera de Puerto Rico? ...... (20) NO:X
    (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? ...... (20a) NO:X
21. ¿Pagó la corporación dividendo implícito durante el año anterior? Si contestó "Sí", indique la cantidad _____ ...... (21) NO:X

**Anejo A Corporación**
Rev. 12.15

## CONTRIBUCION ALTERNATIVA MINIMA

**2015**

Año contributivo comenzado el _1_ de _julio_ de 2015 y terminado el _30_ de _junio_ de 2016

| Nombre del contribuyente | Número de Identificación Patronal |
|---|---|
| LUCY LOPEZ ROIG EAP INC | 66-0579430 |

### Parte I — Ajustes en el Cómputo del Ingreso Neto Alternativo Mínimo Antes de Ajustes en los Libros y Pérdidas de Operaciones

1. 
   a. Ingreso neto (o pérdida) sujeto a contribución normal (De la Parte I, línea 31 de la planilla) (1a) **-35,856**
   b. Menos: Ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (Anejo D1 Corporación, línea 2(f)) (1b)
   c. Menos: Dividendos o beneficios recibidos de corporaciones domésticas (De la Parte III, línea 34 de la planilla) (1c)
   d. Ingreso neto (o pérdida) sujeto a contribución normal sin considerar la pérdida neta en operaciones de años anteriores y excluyendo los ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (Línea 1(a) menos líneas 1(b) y 1(c)) (1d) **-35,856**

2. Ajustes:
   a. Depreciación flexible (2a)
   b. Ventas a plazos (2b)
   c. Contrato a largo plazo (2c)
   d. Gastos relacionados con intereses exentos (2d)
   e. Depreciación acelerada (2e)
   f. Total de ajustes (Sume líneas 2(a) a la 2(e)) (2)

3. Ingreso neto (o pérdida) alternativo mínimo antes de ajustes de la Parte II y la pérdida de operaciones (Sume líneas 1(d) y 2(f)) (3) **-35,856**

### Parte II — Ajuste por el Exceso del Ingreso Neto Ajustado según Libros sobre el Ingreso Neto Alternativo Mínimo Antes de Ajustes

4. Ingreso neto (o pérdida) según libros (4) **-35,856**
5. Ajuste por amortización de plusvalía (5)
6. Contribuciones sobre ingresos consideradas en los libros (6)
7. Sume las líneas 4, 5 y 6 (7) **-35,856**
8. Ingreso de intereses exentos neto de gastos relacionados (8)
9. Dividendos y distribuciones de beneficios recibidos de corporaciones o sociedades domésticas, de ingresos de fomento industrial o de desarrollo turístico (9)
10. Ingreso (o pérdida) de fomento industrial, ingreso exento de desarrollo turístico, ingreso de negocio agrícola *bona fide* o ingreso de renta bajo la Ley 132-2010 (10)
11. Ingreso (o pérdida) reconocido según el método de equidad (11)
12. Reserva para pérdidas catastróficas (12)
13. Ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (De la Parte I, línea 1(b)) (Véanse instrucciones) (13)
14. Sume líneas 8 a la 13 (14)
15. Línea 7 menos línea 14 (15) **-35,856**
16. Línea 15 menos línea 3. Si la línea 3 es mayor que la línea 15, anote cero (16)
17. Ajuste por el exceso del ingreso neto ajustado según libros sobre el ingreso neto alternativo mínimo de la línea 3 (Multiplique la línea 16 por 60%) (17)

### Parte III — Cómputo del Ingreso Neto Alternativo Mínimo

18. Ingreso neto alternativo mínimo antes de pérdida neta en operaciones (Sume líneas 3 y 17) (18) **-35,856**
19. Pérdida neta en operaciones de años anteriores para la determinación de la contribución alternativa mínima (No puede exceder del 70% de la línea 18) (Del Anejo G Corporación, Parte II, línea 13. Someta Anejo G Corporación) (Véanse instrucciones) (19)
20. Línea 18 menos línea 19 (Anote aquí la diferencia, pero no menos del 20% de la línea 18) (20) **-35,856**
21. Cantidad exenta (Véanse instrucciones) (21) **50,000**
22. Ingreso neto alternativo mínimo (Línea 20 menos línea 21) (22)

### Parte IV — Cómputo de la Contribución Mínima Tentativa y del Crédito Alternativo Mínimo por Contribuciones Pagadas al Extranjero

23. Contribución mínima tentativa antes del crédito por contribuciones pagadas al extranjero (Multiplique la línea 22 por 30%) (23)
24. Ingreso neto alternativo mínimo antes de la deducción por pérdida neta en operaciones (Línea 18) (24)
25. Cantidad exenta permisible sin considerar la pérdida neta en operaciones (Véanse instrucciones) (25)
26. Línea 24 menos línea 25 (26)
27. Multiplique la línea 26 por 30% (27)
28. Multiplique la línea 27 por 10% (28)
29. Límite del crédito (Línea 23 menos línea 28) (29)
30. Crédito alternativo mínimo por contribuciones pagadas al extranjero (Esta cantidad no podrá exceder la cantidad en la línea 29. Véanse instrucciones) (30)
31. Contribución mínima tentativa neta del crédito por contribuciones pagadas al extranjero (Línea 23 menos línea 30. Traslade a la Parte VI, línea 37) (31)

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Rev. 12.15 LUCY LOPEZ ROIG EAP INC     66-0579430     Anejo A Corporación - Página 2

| Parte V | Cómputo de Gastos Pagados a una Persona Relacionada y Compras de Propiedad Mueble de una Persona Relacionada |
|---|---|

32. Gastos incurridos o pagados a una persona relacionada y transferencia de costos o asignación de gastos de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico (Esta cantidad proviene de la línea de Total de la Parte VI, línea 35 de la planilla)............... (32)

33. Multiplique la línea 32 por 20%................... (33)

34. Compras de propiedad mueble de una persona relacionada y transferencia de propiedad mueble de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico ............ (34)

35. Multiplique la línea 34 por el porciento que aplique [ 0.00 % ](Véanse instrucciones) .......... (35)

36. Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Sume líneas 33 y 35) ............. (36)

| Parte VI | Cómputo de la Contribución Alternativa Mínima |
|---|---|

37. Contribución mínima tentativa después del crédito alternativo mínimo por contribuciones pagadas al extranjero (Línea 31 de la Parte IV)............ (37)

38. Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Línea 36 de la Parte V) ........... (38)

39. Contribución mínima tentativa (Anote la mayor entre líneas 37 y 38) ........... (39)

40. Contribución total neta del crédito por contribuciones pagadas al extranjero (Línea 40 menos línea 43 de la Parte IV, página 2 de la planilla)............ (40)

41. Contribución alternativa mínima (Línea 39 menos línea 40. Si la línea 40 excede la línea 39, anote cero, de lo contrario, anote la diferencia en el Formulario 480.2, página 2, Parte IV, línea 45) ............ (41)

| Parte VII | Cómputo del Crédito de Contribución Alternativa Mínima |
|---|---|

1. Exceso de la contribución regular sobre la contribución alternativa mínima para el año corriente (Línea 40 menos línea 39 de la Parte VI. Si la línea 39 excede la línea 40, anote cero) ............ (1)
2. Multiplique la línea 1 por 25% y anote el resultado aquí ........... (2)
3. Cantidad de contribución alternativa mínima pagada en años anteriores y no reclamada como crédito (Parte VIII, línea 11) ............ (3)
4. Cantidad del crédito a reclamar (Anote lo menor entre la línea 2 o 3. Traslade a la línea 48, Parte IV de la planilla) ............ (4)

| Parte VIII | Determinación de la Cantidad de Contribución Alternativa Mínima Pagada en Años Anteriores No Reclamada como Crédito |
|---|---|

| Año Contributivo (Día / Mes / Año) | (A) Contribución Alternativa Mínima Pagada en Exceso de la Contribución Regular | (B) Cantidad Utilizada como Crédito en Años Anteriores | (C) Balance |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. Total (Traslade a la Parte VII, línea 3 de este Anejo) ........... (11) | | | |

Período de Conservación: Diez (10) años     PRSoft, Inc. (www.prsoft.com)

| Anejo B Corporación<br>Rev. 12.15 | RECOBRO DE CRÉDITOS RECLAMADOS EN EXCESO, CRÉDITOS CONTRIBUTIVOS, Y OTROS PAGOS Y RETENCIONES | 2015 |
|---|---|---|
| | Año contributivo comenzado el _1_ de _julio_ de 2015 y terminado el _30 de junio_ de 2016 | B |
| Nombre del contribuyente<br>LUCY LOPEZ ROIG EAP INC | | Número de Identificación Patronal<br>66-0579430 |

**Parte I** — Recobro de Crédito Reclamado en Exceso — B1

| | Columna A | Columna B | Columna C |
|---|---|---|---|
| Nombre de la entidad: | | | |
| Núm. de identificación patronal: | - | - | - |

Crédito por:
- Desarrollo Turístico ............ 1 ☐ — 1 ☐ — 1 ☐
- Desperdicios Sólidos ............ 2 ☐ — 2 ☐ — 2 ☐
- Fondo de Capital de Inversión ............ 3 ☐ — 3 ☐ — 3 ☐
- Distrito Teatral de Santurce ............ 4 ☐ — 4 ☐ — 4 ☐
- Desarrollo Industria Fílmica ............ 5 ☐ — 5 ☐ — 5 ☐
- Infraestructura de Vivienda ............ 6 ☐ — 6 ☐ — 6 ☐
- Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados ............ 7 ☐ — 7 ☐ — 7 ☐
- Adquisición de un Negocio Exento en Proceso de Cerrar Operaciones en Puerto Rico ............ 8 ☐ — 8 ☐ — 8 ☐
- Servidumbre de Conservación ............ 9 ☐ — 9 ☐ — 9 ☐
- Incentivos Económicos (Investigación y Desarrollo) ............ 10 ☐ — 10 ☐ — 10 ☐
- Incentivos Económicos (Proyectos Estratégicos) ............ 11 ☐ — 11 ☐ — 11 ☐
- Incentivos Económicos (Inversión Industrial) ............ 12 ☐ — 12 ☐ — 12 ☐
- Incentivos Energía Verde (Investigación y Desarrollo) ............ 13 ☐ — 13 ☐ — 13 ☐
- Otra: _____ ............ 14 ☐ — 14 ☐ — 14 ☐

1. Total de crédito reclamado en exceso ............ (1)
2. Recobro de crédito reclamado en exceso pagado en el año anterior, si aplica ............ (2)
3. Recobro de crédito reclamado en exceso a pagar este año (Traslade al Formulario 480.2, Parte IV, línea 47. Véanse instrucciones) ............ (3)
4. Exceso de crédito adeudado para el próximo año, si aplica (Línea 1 menos líneas 2 y 3. Véanse instrucciones) ............ (4)

**Parte II** — Créditos Contributivos (No incluya pagos de estimada. Refiérase a la Parte III de este Anejo) — B2

**A. CRÉDITOS SUJETOS A MORATORIA**
1. Crédito atribuible a pérdidas o por inversión en el Fondo de Capital de Inversión (Véanse instrucciones) ............ (1)
2. Crédito por inversión en infraestructura de vivienda (Ley 98-2001, según enmendada) (Véanse instrucciones) ............ (2)
3. Crédito por inversión en la construcción o rehabilitación de vivienda para alquiler a familias de ingresos bajos o moderados (Ley 140-2001) (Véanse instrucciones) ............ (3)
4. Crédito por inversión en construcción en centros urbanos (Ley 212-2002, según enmendada) (Véanse instrucciones) ............ (4)
5. Crédito para comerciantes afectados por la revitalización de los cascos urbanos (Ley 212-2002, según enmendada) (Véanse inst.) ............ (5)
6. Crédito por compras de productos manufacturados en Puerto Rico y del Agro Puertorriqueño (Someta Anejo B1 Corporación) ............ (6)
7. Crédito por constitución de servidumbre de conservación elegible o donación de terreno elegible (Ley 183-2001, según enmendada) (Véanse instrucciones) ............ (7)
8. Crédito por la compra de créditos contributivos (Complete Parte IV) (Véanse instrucciones) ............ (8)
9. Créditos arrastrados de años anteriores (Someta detalle) ............ (9)
10. Otros créditos no incluidos en las líneas anteriores (Someta detalle) (Véanse instrucciones) ............ (10)
11. Total de créditos sujetos a moratoria (Sume líneas 1 a la 10) ............ (11)
12. 50% de la contribución determinada (Multiplique la cantidad de la Parte IV, línea 46 de la planilla por .50) ............ (12)
13. Total de créditos sujetos a moratoria reclamables (Anote la menor de la línea 11 o 12) ............ (13)

**B. CRÉDITOS NO SUJETOS A MORATORIA**
14. Crédito por aumento de inversión (Véanse instrucciones) ............ (14)
15. Crédito por inversión en desarrollo industria fílmica (Ley 27-2011): ☐1 Proyecto Fílmico y/o ☐ 2 Proyecto Infraestructura; o ☐3 Crédito por compra o transmisión de programación televisiva realizada en P.R. (Sección 1051.14) (Véanse instrucciones) ............ (15)
16. Créditos para inversionistas que adquieran un negocio exento que esté por cerrar operaciones en P.R. (Ley 109-2001) (Véanse instrucciones) ............ (16)
17. Crédito por donativos al Patronato del Palacio de Santa Catalina (Véanse instrucciones) ............ (17)
18. Crédito por inversión Ley 73-2008 (Véanse Instrucciones) ............ (18)
19. Créditos por inversión Ley 83-2010 (Véanse instrucciones) ............ (19)
20. Crédito por la compra de créditos contributivos (Complete Parte IV) (Véanse instrucciones) ............ (20)
21. Créditos arrastrados de años anteriores (Someta detalle) ............ (21)
22. Otros créditos no incluidos en las líneas anteriores (Someta detalle) (Véanse instrucciones) ............ (22)
23. Total de créditos no sujetos a moratoria a reclamarse (Sume líneas 14 a la 22) ............ (23)
24. Total de créditos contributivos (Sume líneas 13 y 23) ............ (24)
25. Total contribución determinada (Parte IV, línea 46 de la planilla) ............ (25)
26. Crédito a ser reclamado (Anote la menor de la línea 24 o 25. Traslade a la página 2, Parte IV, línea 49 de la planilla) ............ (26)
27. Créditos arrastrables (Sume líneas 11 y 23 y reste la línea 26) ............ (27)

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Rev. 12.15    LUCY LOPEZ ROIG EAP INC                                    66-0579430          Anejo B Corporación - Página 2

## Parte III — Otros Pagos y Retenciones

1. Contribución pagada con prórroga automática .................................................................................................. (1)
2. Pagos de contribución estimada del año 2015 .................................................................................................. (2)
3. Contribución pagada en exceso en años anteriores acreditada a la contribución estimada (Véanse instrucciones) ...... (3)
4. Contribución retenida en el origen ...................................................................................................................... (4)
5. Servicios prestados (Formulario 480.6B) (Total de Declaraciones Informativas 11,138 ) ................................ (5)    11,138
6. Contribución retenida en el origen sobre la participación distribuible a socios de sociedades especiales
   (Formulario 480.6 SE) (Véanse instrucciones):
   (a) El ingreso de intereses sujetos a tasa preferencial (Línea 9, Parte III del Formulario 480.6SE)   (6a)
   (b) La distribución elegible de dividendos de corporaciones (Línea 8, Parte III del Formulario 480.6SE)   (6b)
   (c) Otras partidas ..............................................................................................................   (6c)
7. Contribución retenida en el origen sobre la participación distribuible a socios de sociedades (Formulario
   480.6 S) (Véanse instrucciones):
   (a) El ingreso de intereses sujetos a tasa preferencial (Línea 9, Parte III del Formulario 480.6 S)   (7a)
   (b) La distribución elegible de dividendos de corporaciones (Línea 8, Parte III del Formulario 480.6S)   (7b)
   (c) Otras partidas ..............................................................................................................   (7c)
8. Contribución retenida en el origen sobre la participación distribuible a socios de entidades conducto
   (Formulario 480.6 EC) (Véanse instrucciones):
   (a) El ingreso de intereses sujetos a tasa preferencial (Línea 9, Parte III del Formulario 480.6EC)   (8a)
   (b) La distribución elegible de dividendos de corporaciones (Línea 8, Parte III del Formulario 480.6EC)   (8b)
   (c) Otras partidas ..............................................................................................................   (8c)
9. Contribución retenida en el origen sobre la participación distribuible a fideicomitentes de fideicomisos
   revocables o fideicomisos para beneficio del fideicomitente (Formulario 480.6 F) (Véanse instrucciones):
   (a) El ingreso de intereses sujetos a tasa preferencial (Línea 1E, Parte III del Formulario 480.6 F) ..  (9a)
   (b) La distribución elegible de dividendos de corporaciones (Línea 1G, Parte III del Formulario 480.6 F)   (9b)
   (c) Otras partidas ..............................................................................................................   (9c)
10. Contribución retenida en el origen sobre intereses elegibles ........................................................................ (10)
11. Otros pagos y retenciones no incluidos en las líneas anteriores (Someta detalle) ........................................ (11)
12. **Total Otros Pagos y Retenciones** (Sume líneas 1 a la 11. Traslade el total al Formulario 480.2,
    Parte IV, línea 54) .............................................................................................................................................. (12)    11,138

## Parte IV — Detalle de Compra de Créditos Contributivos

Marque el bloque correspondiente a la ley (o leyes) bajo la cual adquirió el crédito e indique la cantidad del mismo:

**A. CRÉDITOS SUJETOS A MORATORIA**
1. ☐ Desperdicios Sólidos (Ley 159-2011) ........................................................................................................ (1)
2. ☐ Fondo de Capital de Inversión (Ley 46-2000) ........................................................................................... (2)
3. ☐ Distrito Teatral de Santurce (Ley 178-2000) ............................................................................................. (3)
4. ☐ Infraestructura de Vivienda (Ley 98-2001) ................................................................................................ (4)
5. ☐ Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados (Ley 140-2001) ...... (5)
6. ☐ Servidumbre de Conservación (Ley 183-2001) ........................................................................................ (6)
7. ☐ Revitalización de los Centros Urbanos (Ley 212-2002) ........................................................................... (7)
8. ☐ Otro: _____ (8)
9. **Total de crédito por la compra de créditos contributivos sujetos a moratoria** (Traslade a la Parte II, línea 8) ...... (9)

**B. CRÉDITOS NO SUJETOS A MORATORIA**
10. ☐ Desarrollo Turístico (Ley 78-1993) .......................................................................................................... (10)
11. ☐ Desarrollo de Industria Fílmica (Ley 27-2011) ........................................................................................ (11)
12. ☐ Adquisición de un Negocio Exento en Proceso de Cerrar Operaciones en Puerto Rico (Ley 109-2001) ...... (12)
13. ☐ Incentivos Económicos (Investigación y Desarrollo) (Ley 73-2008) ...................................................... (13)
14. ☐ Incentivos Económicos (Proyectos Estratégicos) (Ley 73-2008) .......................................................... (14)
15. ☐ Incentivos Económicos (Inversión Industrial) (Ley 73-2008) ................................................................. (15)
16. ☐ Incentivos Energía Verde (Investigación y Desarrollo) (Ley 83-2010) .................................................. (16)
17. ☐ Otro: _____ (17)
18. **Total de crédito por la compra de créditos contributivos no sujetos a moratoria** (Traslade a la Parte II, línea 20) ...... (18)

Período de Conservación: Diez (10) años                                                   PRSoft, Inc. (www.prsoft.com)